CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILLY DEAN CHAFFINS, | ) | CASE NO. 7:11CV00312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | |
| JAIL-ABINGDON, ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motion to amend (Dkt. No. 9) is **GRANTED,** his complaint is amended as stated in the motion, and the clerk shall add Nurse Wanda Aliceson as a defendant; but

2. The civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c); and

3. This action is stricken from the active docket of the court.

ENTER: This 17th day of August, 2011.

/s/ James C. Turk
Senior United States District Judge